IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD FELIX WINNETT                                                                                           PLAINTIFF
ADC #139544

V.                                              NO. 4:23-cv-00672-BRW

MATTHEW R. WINSTON, *et al*.                                                                              DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Defendants' motion for summary judgment[2] is GRANTED. Mr. Winnett's claims are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies.

Plaintiff's motion for copies (Doc. No. 136) is DENIED as MOOT.

This case is CLOSED.

IT IS SO ORDERED this 20th day of December, 2023.

                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 119.

[2] Doc. No. 65.