IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD FELIX WINNETT**                                                                          **PLAINTIFF**
ADC #139544

V.                                       NO. 4:23-cv-00672-BRW

**MATTHEW R. WINSTON,** *et al.*                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 20th day of December, 2023.


                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE