IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONALD FELIX WINNETT**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #139544**

**V.**　　　　　　　　　　**NO. 4:23-cv-00672-BRW**

**MATTHEW R. WINSTON,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Edie R. Ervin and Plaintiff's objections.[2]

Plaintiff's motion for reconsideration (Doc. No. 150) is GRANTED to the extent that his objections have been considered but DENIED as to all other requested relief.

After careful consideration and a *de novo* review of the record, I approve and adopt the Recommended Disposition in all respects. Defendants' motion for summary judgment[3] is GRANTED. Plaintiff's claims remain DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies.

IT IS SO ORDERED this 1st day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　*Billy Roy Wilson*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 123.

[2] Doc. Nos. 145-146.

[3] Doc. No. 65.